**Demetric Gray PEARSON, Plaintiff–Appellant,**

v.

**Mitchell FRANKS, Warden; Margaret Chippendale, F.A.; Royce Marshall, Property Officer, Defendants–Appellees.**

No. 05–7185.

United States Court of Appeals, Fourth Circuit.

Submitted May 16, 2006.

Decided May 18, 2006.

Demetric Gray Pearson, Appellant Pro Se.

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Demetric Gray Pearson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Pearson v. Franks,* No. CA–05–1739–RDB (D.Md. July 5, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*